Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25524
Chapter: 7
Judge: Jacqueline P. Cox

In Re:
   Lynise Andrea Brown
   1229 King Drive
   South Holland, IL 60473

Social Security No.:
   xxx−xx−1757

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 680, Chicago, IL 60604

on October 23, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 27, 2018                Jeffrey P. Allsteadt , Clerk
                                         United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Lynise Andrea Brown  
1229 King Drive  
South Holland, IL 60473  
SSN: xxx−xx−1757  EIN: N.A.

Case No. :  18−25524  
Chapter :  7  
Judge :  Jacqueline P. Cox

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 27, 2018

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lynise Andrea Brown  
    Debtor

Case No. 18-25524-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 1     Date Rcvd: Sep 27, 2018  
                   Form ID: ntchrgRq     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
```
db              +Lynise Andrea Brown,    1229 King Drive,   South Holland, IL 60473-1125
27067947         AT&T,    PO Box 309,    Portland, OR 97207-0309
27067946        +IL Institute of Art,    350 N. Orleans St,    Suite 136-I,    Chicago, IL 60654-1975
27087649        +IL Tollway,    2700 Ogden,    Downers Grove IL 60515-1703
27067950         IL Tollway,    PO Box 5382,    Chicago, IL 60680-5382
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27087648        +E-mail/Text: g17768@att.com Sep 28 2018 01:41:39      At&t,    PO Box 769,
                 Arlington TX 76004-0769
27067948         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2018 01:48:33      Capital One,
                 POB 30285,    Salt Lake, UT 84130-0285
                                                                                              TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27067949         Chicago Parking Tickets,    121 N LaSalle St,    Room 107
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
```
          Allan J DeMars    demarstrustee@aol.com, alland1023@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
            roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                              TOTAL: 3
```